# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION


HOWARD WAYNE JONES                                                          PETITIONER


v.                                    NO. 5:09CV00353 JMM


LARRY NORRIS, Director of the                                              RESPONDENT
Arkansas Department of Correction


## JUDGMENT


Pursuant to the Order entered this day, judgment is entered for respondent Larry

Norris.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by

petitioner Howard Wayne Jones is denied; all requested relief is denied.

IT IS SO ORDERED this  25  day of January, 2010.


_____
UNITED STATES DISTRICT JUDGE